Dated: July 22, 2021
The following is ORDERED:

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TENNESSEE

_____

In re

   Catherine Phipps                                          Case No. 02-23563-WHB
                                                               Chapter 7

   Debtor(s)

_____

### ORDER GRANTING APPLICATION FOR UNCLAIMED FUNDS
_____

     In this case the instant matter before the court arises out of a motion filed by the movant-claimant, **Catherine Phipps** ("Movant"), who asserts entitlement to certain monies previously paid into the court registry fund in accordance with the statutory procedures established in 11 U.S.C. § 347. See also 28 U.S.C. §§ 2041 and 2042 and the September 9, 1996 Memorandum of the Administrative Office of the United States Courts regarding "Unclaimed Monies in Bankruptcy Cases."

     After notice and opportunity for a hearing and based on the case record as a whole, the court grants this motion, as it is satisfied that the movant is entitled to receive unclaimed funds in the amount of **$2,316.15.**

     **IT IS SO ORDERED :**

     1.  The movant's motion is hereby granted.

     2.  The Bankruptcy Court Clerk shall promptly prepare an appropriate payment voucher and transmit a true copy of this Order and Notice and the approved payment voucher to the Administrative Office of the United States Courts, who is hereby authorized to make payment to the movant in accordance with the foregoing.

     3.  The Bankruptcy Court Clerk additionally shall promptly transmit or mail a copy of this Order and Notice to the entities listed below.

cc:   Movant
       Movant's Attorney, if applicable
       United States Attorney
       United States Trustee

United States Bankruptcy Court

Western District of Tennessee

In re:     Case No. 02-23563-whb

Catherine Phipps     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0651-2     User: ao1492bnc     Page 1 of 1

Date Rcvd: Jul 23, 2021     Form ID: pdford02     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Catherine Phipps, 3351 Charlotte Rd., Memphis, TN 38109-2815 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion08.me.ecf@usdoj.gov | Jul 23 2021 21:17:00 | U.S. Trustee, Office of the U.S. Trustee, One Memphis Place, 200 Jefferson Avenue, Suite 400, Memphis, TN 38103-2383 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jonathan E. Scharff | on behalf of Creditor Regions Mortgage Inc. jes@harrisshelton.com |
| Pamela M. Brown | on behalf of Debtor Catherine Phipps pmbrownesq@gmail.com cjohnson@johnsonandjohnsonattys.com |
| Richard T. Doughtie, III | rtdoughtie@bellsouth.net rdoughtie@ecf.epiqsystems.com |

TOTAL: 3